| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Northern District Of California

Plaintiff: VIALENEIX
Defendant: GRP PARTNERS, ET AL

| PROOF OF SERVICE SUMMONS AND COMPLAIN | Hearing Date: | Time: | Dept/Div: | Case Number: CV080497 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS AND COMPLAINT; ORDER SETTING INITIAL CMC & ADR DEADLINES, DROP BOX FILING PROCEDURES, USDC GUIDELINES, NOTICE OF ASSGINMENT OF CASE TO MAGISTRATE, ECF REGISTRATION INFORMATION INFORMATION HANDOUT CIVIL CASE COVER SHEET.

3. a. Party served:  GRP PARTNERS
   b. Person served:  KELLY AMOROSO, RECEPTIONIST, AUTHORIZED PERSON TO ACCEPT SERVICE OF PROCESS

4. Address where the party was served:  2121 AVENUE OF THE STARS SUITE 1630
   LOS ANGELES, CA 90067

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Feb. 06, 2008 (2) at: 11:30AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. *Person Who Served Papers:*                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. HOUSNE YASSINE                                              d. *The Fee for Service was:*
   b. **WAKEMAN PROCESS SERVICES, INC.**                          e. I am: (3) registered California process server
      22283 MAIN STREET                                              (i)   Independent Contractor
      HAYWARD, CA 94541                                              (ii)  Registration No.:    2559
   c. 510 886-7667                                                   (iii) County:              LOS ANGELES
                                                                     (iv)  Expiration Date:     Sat, Oct. 11, 2008

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Fri, Feb. 08, 2008

Judicial Council Form POS-010                 PROOF OF SERVICE                  (HOUSNE YASSINE)
Rule 2.150.(a)&(b) Rev January 1, 2007        SUMMONS AND COMPLAINT                                              55265.2100.77066