ROBERT A. DOLINKO, CA BAR NO. 076256
radolinko@thelen.com
ELLEN M. PAPADAKIS, CA BAR NO. 186621
empapadakis@thelen.com
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3606
Telephone:  (415) 371-1200
Facsimile:  (415) 371-1211

Attorneys for Defendants
ACTIMAGINE CORPORATION and GRP II LP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIER VIALANEIX,<br><br>               Plaintiff,<br><br>      vs.<br><br>ACTIMAGINE, INC. *et al.*<br><br>               Defendants. | Case No.:  CV 08-0497 EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned parties, Defendants Actimagine Corporation and GRP II LP (erroneously sued as "GRP Partners, Inc.") hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a United States District Judge.

Dated:  April 7, 2008

                                                  THELEN REID BROWN RAYSMAN & STEINER LLP

                                                  By  /s/ Ellen M. Papadakis
                                                        Attorneys for Defendants
                                                         ACTIMAGINE CORPORATION and GRP II LP