1   Edwin Bradley, SBN 141932
    Attorney At Law
2   Bradley & Pedersen
    50 California Street, Suite 3500
3   San Francisco, CA  94111
    (415) 434-3101
4

5   Attorney For Plaintiff:
    Olivier Vialaneix
6

7

8                    **UNITED STATES DISTRICT COURT**

9                              **FOR THE**

10          **NORTHERN DISTRICT OF CALIFORNIA**

11

12  OLIVIER VIALANEIX,                )   No. CV 08 0497 EMC
                                      )
13                  Plaintiff,        )
                                      )   **PLAINTIFF'S CONSENT TO PROCEED**
14  -vs-                              )   **BEFORE MAGISTRATE JUDGE.**
                                      )
15                                    )
                                      )
16  ACTIMAGINE , INC., a corporation; GRP )
17  PARTNERS, INC., a business entity, form )
    unknown; DOES ONE through TWENTY, )
18  inclusive,                        )
                                      )
19                  Defendants.

20  _____

21          Plaintiff Olivier Vialaneix hereby consents to proceed before a Magistrate Judge as

22  assigned.

23  DATED:  April 7, 2008

24

25                              _____/S/_____
                                Edwin Bradley
26                              Attorney for Plaintiff
                                Olivier Vialaneix
27

28

    CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE.                        1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28