| | |
|---|---|
| 1 | ROBERT A. DOLINKO, CA BAR NO. 076256 |
|   | radolinko@thelen.com |
| 2 | ELLEN M. PAPADAKIS, CA BAR NO. 186621 |
|   | empapadakis@thelen.com |
| 3 | THELEN REID BROWN RAYSMAN & STEINER LLP |
|   | 101 Second Street, Suite 1800 |
| 4 | San Francisco, California 94105-3606 |
|   | Telephone:  (415) 371-1200 |
| 5 | Facsimile:  (415) 371-1211 |
| 6 | Attorneys for Defendants |
|   | ACTIMAGINE CORPORATION and |
| 7 | GRP II LP |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIER VIALANEIX, | Case No.: CV 08-0497 MHP |
| Plaintiff, | |
| vs. | **DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| ACTIMAGINE, INC., a corporation, GRP PARTNERS, INC., a business entity, form unknown; DOES ONE through TWENTY, inclusive, | |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Other than defendants Actimagine Corp. (erroneously sued as "Actimagine, Inc.") and GRP II L.P. (erroneously sued as "GRP Partners, Inc."):

**Actimagine:**  Actimagine's Directors are Brian McLoughlin, André Pagnac, Jérôme Larrieu, Antonio Cavaliere, and Yves Sisteron.

1     **GRP II L.P.:** GRPVC, L.P. (general partner); GRP Management Services Corp. (manager).

Dated: June 13, 2008

                                                 THELEN REID BROWN RAYSMAN & STEINER LLP

                                          By                     /S/                
                                                    Robert A. Dolinko
                                                    Ellen M. Papadakis
                                                    Attorneys for Defendants
                                                    ACTIMAGINE CORP. and GRP II L.P.