**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: July 10, 2008

Case No.   C 08-0497  MHP                    Judge: MARILYN H. PATEL

Title: OLIVIER VIALANEIX -v- ACTIMAGINE INC

Attorneys:  Plf: Edwin Bradley
            Dft: Ellen Papadakis

Deputy Clerk:  Anthony Bowser   Court Reporter: James Yeomans

**PROCEEDINGS**

1)   Case Management Conference

2)   

3)   

**ORDERED AFTER HEARING:**

Underlying complaint discussed; Plaintiff granted leave to amend complaint within ten days; Amended answer if necessary to be filed within ten days thereafter;

Request for production/ document production within limits as provided; Depositions limited to four total;

Matter referred to a Magistrate Judge for settlement to be completed within the next 120-150 days; Further status conference set for 12/15/2008 at 3:00 pm, with a joint supplemental status report to be filed one week prior.