Edwin Bradley, SBN 141932
Attorney At Law
Bradley & Pedersen
50 California Street, Suite 3500
San Francisco, CA 94111
(415) 434-3101

Attorney For Plaintiff:
Olivier Vialaneix

**UNITED STATES DISTRICT COURT**

**FOR THE**

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIER VIALANEIX,<br><br>Plaintiff,<br><br>-vs-<br><br>ACTIMAGINE CORP. *et al.*,<br><br>Defendants. | No. CV 08 0497 MHP<br><br>JOINT STIPULATION AND REQUEST FOR ORDER OF DISMISSAL OF ACTION; ORDER DISMISSING ACTION.<br><br>**Next Hearing Date:**<br>**May 4, 2009**<br>**3:00 p.m.**<br>**Hon. Marilyn Hall Patel**<br>**Courtroom 15, 18th Floor** |

Pursuant to the terms of a written settlement agreement and to settlement terms entered by the parties on the record of this action before Magistrate Judge Elizabeth D. Laporte on March 12, 2009, Plaintiff Olivier Vialaneix and Defendants Actimagine Corp. and GRP II, through their respective counsel, request that the Court dismiss this action in its entirety, with prejudice, forthwith.

/ / /

So Stipulated.

__________/S/________________________
Edwin Bradley,
Attorney for Plaintiff Olivier Vialaneix

_________/S/___________________________
Ellen Pappadakis,
Attorney for Defendants
Actimagine Corp. and GRP II

oo ~ OO ~ oo

ORDER

It is hereby ordered that this matter shall be and is DISMISSED with prejudice.

DATED: _4/30/2009______

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Marilyn H. Patel
NORTHERN DISTRICT OF CALIFORNIA

______________________
Marilyn Hall Pa
UNITED STAT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28